| | | |
|---|---|---|
| CAAP–10–00 00243 | State v. Daniels | Affirmed |
| CAAP–11–00 00055 | State v. Soto | Vacated and Remanded |

### October 25, 2011

| | | |
|---|---|---|
| 29331 | Fernandez v. Mark Development, Inc. | Affirmed |
| 30498 | State v. Grant | Affirmed |
| CAAP–10–00 00203 | State v. Newman | Affirmed |

### October 27, 2011

| | | |
|---|---|---|
| 29305 | Hogg v. Murakami | Affirmed |

### October 28, 2011

| | | |
|---|---|---|
| 29758 | DQ, In re | Affirmed |

### October 31, 2011

| | | |
|---|---|---|
| 29435 | Fernando v. Fernando | Affirmed |
| 29873 | Hogg v. Murakami | Affirmed |
| CAAP–10–00 00056 | State v. Anduha | Affirmed |

### November 2, 2011

| | | |
|---|---|---|
| 30437 | State v. McCorkle | Affirmed |